IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00522-BNB

MICHAEL FYKES,

      Applicant,

v.

JERRY JONES,

      Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 23 2007

GREGORY C. LANGHAM
                  CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      This matter is before the Court on the motion titled "Motion for Court to Accept Applicant [sic] Application for a Writ of Habeas Corpus 28 U.S.C. § 2241 Due to Applicant [sic] Pro Se Status and Condition" that Applicant Michael Fykes submitted to and filed with the Court on April 19, 2007. The motion is GRANTED.

      On March 28, 2007, this Court remailed to Mr. Fykes a copy of the Order Directing Clerk to Commence Civil Action and Directing Applicant to Cure Deficiency filed by the Court and mailed to Applicant on March 15, 2007, together with a copy of the receipt for full payment of the $5.00 filing fee because the March 15 order was returned to the Court on March 27, 2007, in an envelope stamped "Refused," "Not at AVCF," and "No Such IBC#." On April 4, 2007, copies of the March 28 minute order, of the Order Directing Clerk to Commence Civil Action and Directing Applicant to Cure Deficiency, and of the receipt for payment of the $5.00 filing fee were returned to the Court in an envelope stamped "Return to Sender," "Attempted - Not Known," and "Unable to Forward."

      In the April 19, 2007, motion, Mr. Fykes informs the Court that he currently is incarcerated in San Bernadino, California. Therefore, the clerk of the Court is directed to remail to Applicant at the San Bernadino, California, address, together with a copy of this minute order, copies of the March 15 order and receipt for payment of the $5.00 filing fee. Applicant is directed to comply with D.C.COLO.LCivR 10.1M. and notify the Court within ten days after any change of address. Failure to do so within the time allowed will result in the dismissal of the instant action.

Dated: April 23, 2007

Copies of this **Minute Order, a Copy of the Order filed 3/15/07, and a copy of the receipt for payment of filing fee** were mailed on April 23, 2007, to the following:

Michael Fykes
Reg. No. 0703301473
CDC
630 E. Rialto
San Bernadino, CA 92415-0025

_____
Secretary/Deputy Clerk