IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00522-BNB

MICHAEL FYKES,

    Applicant,

v.

JERRY JONES,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 4 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's motion titled "Motion for Court Order to House Applicant at a Federal Facility in the Central District of California" submitted to and filed with the Court on May 3, 2007, is DENIED. Applicant continues to have thirty days from April 24, 2007, to respond to the order to show cause. Failure to do so within the time allowed will result in the denial of the habeas corpus application and the dismissal of the instant action.

Dated: May 4, 2007

Copies of this Minute Order mailed on May 4, 2007, to the following:

Michael Fykes
Prisoner No. 0703301473
CDC
630 E. Rialto
San Bernadino, CA 62415-0025

                                Secretary/Deputy Clerk